Isidor Bloom, as Surviving Partner of the Firm of Littauer & Bloom, Appellant, v. Bankers Surety Company, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Carr, Rich and Putnam, JJ., concurred; Burr, J., taking no part.

Borough Bank of Brooklyn, Respondent, v. Frank W. Doolittle, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Catherine Braun, Respondent, v. The City of New York, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Rich, Stapleton and Putnam. JJ.

Annie Brophy, Appellant, v. Isabella B. Campbell, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr and Rich, JJ., concurred; Thomas, J., dissented.

Adeline Buttacavoli, an Infant, by Carlo Buttacavoli, Her Guardian ad Litem, Respondent, v. James A. Stevenson Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Margaret Cahill, as Administratrix, etc., of Teresa Cahill, Deceased, Respondent, v. Benz Auto Import Company of America, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Michael Clark, Respondent, v. James F. Williams, Appellant.— Judgment and order of the County Court of Dutchess county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ., concurred.

Norman J. Cole, Respondent, v. Henry J. Clinton, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.